Christopher R. Hedican (MT #7663)
Baird Holm LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, NE  68102
402-344-0500
402-344-0588 (facsimile)
chedican@bairdholm.com

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## MISSOULA DIVISION

| | | |
|---|---|---|
| RITA GOLLIHUGH, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| WAL-MART STORES INC., | ) | |
| | ) | |
| Defendant. | ) | |

TO:  The Clerk of the United States District Court for the District of Montana, Missoula Division.

Defendant, Wal-Mart Stores, Inc. ("Defendant"), notifies the Court that it has removed the above-referenced action from the Montana Fourth Judicial District Court, Missoula County, Case No. DV-11-1005, pursuant to 28 U.S.C. §§ 1332 and 1441.  In support of its removal, Defendant states as follows:

1. This action is being removed to Federal Court based upon diversity of citizenship.

2. On August 4, 2011, Plaintiff, Rita Gollihugh ("Plaintiff"), filed the above-entitled civil action in the Montana Fourth Judicial District Court, Missoula County. Defendant was served on August 8, 2011. The action is wholly civil in nature, and the United States District Court for the District of Montana, Missoula Division, has original jurisdiction under 28 U.S.C. § 1332, and the action may be removed by Defendant pursuant to 28 U.S.C. § 1441.

3. This Court has diversity of citizenship jurisdiction over the action because Plaintiff's allegations establish that the controversy is between citizens of different states, Plaintiff (Montana) and Wal-Mart (Arkansas). Specifically:

   a. "Plaintiff is a resident of Missoula County and the incident(s) which forms the basis of this Complaint takes place in Missoula County and venue is proper in Missoula County." (Complaint ¶1).

   b. Defendant is a corporation, incorporated in the State of Delaware, which does business in the State of Montana. Defendant's principal place of business is in Bentonville, Arkansas.

4. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Specifically, Plaintiff seeks relief, including the following:

   (1) For her damages in the form of lost wages and benefits in an amount to be determined at trial.

   (2) For such other and further relief as allowed by law and is deemed just and equitable.

   (3) For Plaintiff's costs of suit.

5.    Wal-Mart has shown that the amount in controversy more likely than not would exceed the jurisdictional amount. *Guglielmino v. McKee Foods Corp.*, 506 F.3d 696 (9th Cir. 2007) (Removing defendant must show by a preponderance of evidence that the amount in controversy is greater than the jurisdictional threshold). Wal-Mart denies that Plaintiff is entitled to any damages at all, but asserts that more than $75,000 is in controversy. Under WDEA 39-2-905(1), Plaintiff may recover up to four years of lost wages and fringe benefits. Ms. Gillough had the potential to earn four years of compensation equal to $200,429.28, excluding benefits. (Resnick Affidavit, ¶3).

6.    This Notice of Removal is being filed pursuant to 28 U.S.C. § 1446 within thirty days of service of the Complaint on or about August 8, 2011.

7.    Attached as Exhibit "A" is a true and correct copy of the pleadings served upon Defendant removed by this notice.

8.    Attached as Exhibit "B" is a true and correct copy of the Notice of Filing Notice of Removal, which has been served with this document on all parties and filed with the Montana Fourth Judicial District Court, Missoula County.

9.    Attached as Exhibit "C" is a true and correct copy of the Affidavit of Jordan Resnick.

WHEREFORE, Defendant notifies the Court of the removal of this action from the Montana Fourth Judicial District Court, Missoula County, to the United States District Court for the District of Montana, Missoula Division.

DATED this 7th day of September, 2011.

WAL-MART STORES, INC., Defendant,


By: /s/ Christopher R. Hedican
    Christopher R. Hedican (MT#7663)
    Baird Holm LLP
    1500 Woodmen Tower
    1700 Farnam Street
    Omaha, NE 68102
    402-344-0500
    402-344-0588 (facsimile)
    chedican@bairdholm.com
    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Richard Buley, Esq.

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

None.

/s/ Christopher R. Hedican

DOCS/1053678.2

4