Richard Buley
TIPP & BULEY, P.C.
Attorneys at Law
2200 Brooks St
P.O. Box 3778
Missoula, MT 59806-3778
Phone: (406) 549-5186

Attorney for Plaintiff

FILED AUG 0 4 2011
SHIRLEY E. FAUST, CLERK
By_____
Deputy

**MONTANA FOURTH JUDICIAL DISTRICT COURT,
MISSOULA COUNTY**

| | |
|---|---|
| RITA GOLLIHUGH, <br><br> Plaintiff, <br><br> and <br><br> WAL-MART STORES INC., <br><br> Defendant. | Case No.: DV-11-1005 <br> Dept. No.: ED McLEAN <br> DEPT. No. 1 <br><br> **COMPLAINT** |

COME NOW the Plaintiff, Rita Gollihugh above named and hereby complains and alleges as follows:

1. Plaintiff is a resident of Missoula County and the incident(s) which forms the basis of this Complaint takes place in Missoula County and venue is proper in Missoula County.

2. That Defendant is a Corporation that operates in Missoula County, Montana.

3. The registered agent for Defendant is CT Corporation System, 401 N. 31st St. Ste 1650, Billings, MT 59103-7054.

4. Plaintiff was an employee of Defendant and was wrongfully terminated without just cause on or about March 3rd, 2011. Plaintiff was not a probationary employee.

5. Plaintiff was employed by Defendant for approximately 6 years.

1

5.  Because Plaintiff was wrongfully terminated by Defendant, Plaintiff has suffered and will continue to suffer damages in the form of lost wages and lost benefits in an amount to be determined at trial and the Defendant is responsible for the same.

WHEREFORE, Plaintiffs pray for relief as follows:

6.  For her damages in the form of lost wages and benefits in an amount to be determined at trial.

7.  For such other and further relief as allowed by law and is deemed just and equitable

8.  For Plaintiff's costs of suit.

## DEMAND FOR JURY TRIAL

Plaintiff, by and through her counsel, hereby demands a Trial by Jury in all matters that warrant a Trial.

Respectfully submitted this 3rd day of August, 2011.

_____
Richard Buley
Attorney for Plaintiff