IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| RITA GOLLIHUGH, | ) | CV 11-122-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties having filed a Stipulation for Dismissal with Prejudice (doc. 12),

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

Dated this 25th day of July 2012.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT